**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | Case No. 08 B 24106 |
| Folgers Architects Limited | ) | Hon. John H. Squires |
| | ) | Hearing Date: October 2, 2008 |
| Debtor. | ) | Time: 9:30 a.m. |

**Interim Order Granting Debtor's Motion for Authority to Use Cash Collateral**

THIS CAUSE comes before this Court on the Debtor's Motion for Authority to Use Cash Collateral; due notice having been given and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that:

1. Debtor's Motion is granted and Debtor is authorized to use the Cash Collateral of Amalgamated Bank and the Internal Revenue Service in accordance with the budget attached to the Motion for the period through and including the final hearing on the Motion set forth below on the terms and conditions set forth in the Motion;

2. The Court finds that the use of cash collateral authorized in paragraphs 1 of this Order is necessary to avoid immediate and irreparable harm to the Estate pending a final hearing;

3. The Motion is continued to October __, 2008 at 10:00 a.m. for further status in accordance with Bankruptcy Rule 4001(b)(2).

Dated: October 2, 2008                ENTER:

_____
Honorable John H. Squires
United States Bankruptcy Judge

Joseph A. Baldi
Donna B. Wallace
Joseph A. Baldi & Associates, P.C.
19 South LaSalle Street   Suite 1500
Chicago, IL  60603
(312) 726-8150