**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | Case No. 08-24106 |
| Folgers Architects Limited | ) | Hon. John H. Squires |
| | ) | Hearing Date:  September 24, 2009 |
| Debtor. | ) | Time:        9:30 a.m. |

**Notice of Motion**

**TO:**   *SEE ATTACHED SERVICE LIST*

PLEASE TAKE NOTICE that on September 24, 2009 at 9:30 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable John H. Squires, United States Courthouse, 219 South Dearborn Street, Room 680, Chicago, Illinois and then and there present the **Debtor's Final Report and Motion For Final Decree Closing Case**, a true and correct copy of which is attached hereto and hereby served upon you.

Joseph A. Baldi
Attorney ID No. 00100145
Donna B. Wallace
Attorney ID No. 6200260
19 South LaSalle Street   Suite 1500
Chicago, IL  60603
(312) 726-8150

**CERTIFICATE OF SERVICE**

I, Donna B. Wallace, an attorney, hereby certify that on September 15, 2009, I caused a true and correct copy of the foregoing Notice of Motion and the document identified therein to be served on the persons on the attached service list, by first class mail with proper postage affixed thereto.

/s/ Donna B Wallace

Service List
Folgers Architects Limited. Debtor
Case No. 08 B 24106

| | | |
|---|---|---|
| A Alliance Collection<br>4180 Route 83<br>Suite 8<br>Lake Zurich, IL. 60047<br>*Via First Class Mail* | Advance Fire<br>12540 Holiday Drive<br>Unit C<br>Alsip, IL. 60803<br>*Via First Class Mail* | Alpha Engineering, Ltd.<br>100 W. Monroe<br>Suite 501<br>Chicago, IL. 60603<br>*Via First Class Mail* |
| Alpha Engineering, Ltd.<br>Osman A Meah<br>28 E. Jackson Ste #1300<br>Chicago, IL 60604<br>*Via First Class Mail* | Amalgamated Bank of Chicago<br>attn: William Dunn<br>One West Monroe<br>Chicago, IL. 60603<br>*Via First Class Mail* | American Express<br>c/o Beckett & Lee<br>P.O. Box 3001<br>Malvern, PA. 19355<br>*Via First Class Mail* |
| Argus Consulting, Inc.<br>1300 NW Jefferson Ct., #100<br>Blue Springs, MO. 64015<br>*Via First Class Mail* | BNP Assoc.<br>101 E. Ridge Office Park<br>Danbury, CT 06810<br>*Via First Class Mail* | Carrie Bowen<br>1601 S. Michigan Ave.<br>Apt. 207<br>Chicago, IL 60616<br>*Via First Class Mail* |
| David J. Camarena<br>3808 W. 84th Street<br>Chicago, IL. 60652<br>*Via First Class Mail* | Capitol One<br>c/o TSYS Debt Management<br>P.O. Box 5155<br>Norcross, GA. 30091<br>*Via First Class Mail* | Consulting Actuarial<br>778 Frontage Road<br>Suite 112<br>Winnetka, IL. 60093<br>*Via First Class Mail* |
| Cornerstone Engineering<br>100 W. Monroe, #501<br>Chicago, IL. 60603<br>*Via First Class Mail* | Dell Computers<br>P.O. Box 689020<br>Des Moines, IA. 50368<br>*Via First Class Mail* | Digital Imaging<br>650 W. Lake Street<br>Chicago, IL. 60661<br>*Via First Class Mail* |
| EWU / Loftrium<br>819 S. Wabash<br>Chicago, IL. 60605<br>*Via First Class Mail* | Kenneth D. Folger<br>750 Forest Ave.<br>River Forest, IL. 60305<br>*Via First Class Mail* | Kent D. Folgers<br>9324 S. Longwood Drive<br>Chicago, IL. 60620<br>*Via First Class Mail* |
| Hanrath & Sinn Architects<br>1580 S. Milwaukee Suite# 312<br>Libertyville, IL. 60048<br>*Via First Class Mail* | Hinkle Engineering<br>8167 S. Cass<br>Darien, IL. 60561<br>*Via First Class Mail* | Hinkle Engineering<br>69 0 Main Street<br>Suite 200<br>Darien, IL. 60561<br>*Via First Class Mail* |
| HOH Systems, Inc.<br>55 E. Jackson<br>Suite 600<br>Chicago, IL. 60604<br>*Via First Class Mail* | Internal Revenue Service<br>Mail Stop 5010 CHI<br>230 S. Dearborn<br>Chicago, IL. 60604<br>*Via First Class Mail* | Anthony Campanale<br>19 S. LaSalle St.<br>Suite 1500<br>Chicago, IL. 60603<br>*Via First Class Mail* |
| Steven McGlasson<br>3324 Sunnyside Ave.<br>Brookfield, IL. 60513<br>*Via First Class Mail* | Nathaniel Pappalardo<br>212 E. Elm Street<br>La Grange, IL. 60525<br>*Via First Class Mail* | Marcia Pappalardo<br>212 E. Elm Ave.<br>La Grange, IL. 60525<br>*Via First Class Mail* |

Service List
Folgers Architects Limited, Debtor
Case No. 08 B 24106

RSM McGladrey
Attn: Jah Reind
One S. Wacker Dr. Suite 800
Chicago, IL. 60606-3392
*Via First Class Mail*

RSM McGladrey
20 N. Martindale Road
Suite 500
Schaumburg, IL. 60173
*Via First Class Mail*

Sako & Associates
c/o Johnson, Morgan & White
6800 Broken Sound
Boca Raton, FL. 33487
*Via First Class Mail*

Sako & Associates
600 W. Fulton St.
Suite 500
Chicago, IL. 60661
*Via First Class Mail*

Tylk, Gustafson & Associates
407 S. Dearborn
Suite 900
Chicago, IL. 60605
*Via First Class Mail*

Vanek Vickers & Masini
111 S. Wacker
Suite 4050
Chicago, IL. 60606
*Via First Class Mail*

WMA Consulting Engineers
815 S. Wabash
Suite 100
Chicago, IL. 60605
*Via First Class Mail*

William T. Neary
Office of the U.S. Trustee, Region 11
219 S. Dearborn St. Room 873
Chicago, IL. 60604-1702
*Via First Class Mail*

Barry Erlich
Richmond Breslin LLP
233 South Wacker Dr. Suite 5775
Chicago, IL. 60606-6306
*Via First Class Mail*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | Case No. 08-24106 |
| Folgers Architects Limited | ) | Hon. John H. Squires |
| | ) | Hearing Date: September 24, 2009 |
| Debtor. | ) | Time:         9:30 a.m. |

**Debtor's Final Report and Motion For Final Decree Closing Case and**
**For Entry of Order of Discharge**

Now comes Folgers Architects Limited, ("Debtor") by its attorneys. Joseph A. Baldi and Donna B. Wallace pursuant to Local Bankruptcy Rule 3022-1 of The United States District Court for the Northern District of Illinois, and for its Final Report and Motion to Close Case states as follows:

## BACKGROUND

1. On September 11, 2008 (the "Petition Date"), Debtor filed with the Court a voluntary petition for relief under chapter 11 of the Bankruptcy Code (the "Petition").

2. The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), (N) and (O). Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

3. On July 30, 2009, the Court entered an Order confirming Debtor's First Amended Plan.

4. Debtor has filed the operating reports for July, 2009; the operating report for August, 2009 will be filed the week of September 14, 2009.

## STATUS OF PLAN PAYMENTS

5. Administrative Claims:

   A. U.S. Trustee Fees were paid through confirmation; the post confirmation payment of approximately $925.00 will be paid at the hearing on this Motion;

   B. The Order approving the Fee Application for Debtor's Attorneys was entered on September 3, 2009 and Debtor has made arrangement for payment of the fees in accordance with the terms of the Plan;

   C. The Order approving the Fee Application for Debtor's Accountants was entered on September 10, 2009 and Debtor has made arrangement for payment of the fees in accordance with the terms of the Plan.

6. Priority Tax Claims - The first two (2) installments due under the Plan have been.

7. Secured Claim - Amalgamated Bank of Chicago (Class 1): Debtor has executed documents evidencing the revised terms of the secured debt in accordance with the terms of the Plan. Amalgamated is in receipt of the $17,500 payment from Nathaniel Pappalardo which will be applied to reduce Debtor's pre-petition debt as soon as Amalgamated processes the paperwork documenting the revised debt reflected in the Plan.

8. Priority Wage Claims (Class 2): The initial payment due under the Plan has been made.

9. General Unsecured Claims (Class 3): The first quarterly payment due to General Unsecured Claims was mailed September 14, 2009 in accordance with the Plan.

10. Claims of Insiders (Class 4): This class is not entitled to receive any payments.

11. Equity Interests (Class 5): This class is not entitled to receive any payments through the Plan. Nathaniel Pappalardo has made the $17,500 payment required by the Plan and has received 100% of the stock in the Reorganized Debtor.

12. There are no further matters for the Court to Administer.

13. Copies of this Motion have been sent to the United States Trustee and Debtor's creditors in accordance with to Local Bankruptcy Rule 3022-1 of The United States District Court for the Northern District of Illinois.

Wherefore, Folgers Architects Limited requests this Court enter an Order:

A. Closing the case; and

B. Granting such further relief as the Court deems appropriate.


Dated: September 15, 2009                **FOLGERS ARCHITECTS LIMITED**

                                         By:  /s/ Donna B. Wallace
                                             One of its Attorneys


Joseph A. Baldi/ID No. 00100145
Donna B. Wallace/I.D. No. 6200260
Joseph A. Baldi & Associates, P.C.
19 South LaSalle St. Suite 1500
Chicago, Illinois  60603
(312) 726-8150

3