## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | Case No. 08-24106 |
| Folgers Architects Limited | ) | Hon. John H. Squires |
| | ) | Hearing Date: September 24, 2009 |
| Debtor. | ) | Time: 9:30 a.m. |

### Order Closing Case and ~~Granting Discharge~~

This cause coming on to be heard on the Motion of Debtor for Final Decree Closing Case, due notice having been given to parties entitled thereto and the Court being advised in the premises:

IT IS HEREBY ORDERED that the case is closed effective __9-24-09__.

Dated: September 24, 2009        ENTER:

_____
Honorable John H. Squires
United States Bankruptcy Judge

Joseph A. Baldi/ID No. 00100145
Donna B. Wallace/I.D. No. 6200260
Joseph A. Baldi & Associates, P.C.
19 South LaSalle St. Suite 1500
Chicago, Illinois 60603
(312) 726-8150